

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-15-00082-CV

**IN THE INTEREST OF R.C.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00544
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. The reporter's record was due February 27, 2015. We ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **March 16, 2015**. NO EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court